1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HARVEY KNIGHT,

11            Petitioner,                    No. CIV S-09-0281 GGH P

12        vs.

13    JOHN W. HAVILAND, Warden,[1]

14            Respondent.                    ORDER

15    _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18    pauperis.

19            Examination of the in forma pauperis application reveals that petitioner is unable

20    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21    granted.  See 28 U.S.C. § 1915(a).

22    _____

23        [1] "A petitioner for habeas corpus relief must name the state officer having custody of him
      or her as the respondent to the petition.  This person typically is the warden of the facility in
      which the petitioner is incarcerated. Brittingham v. United States, 982 F.2d 378, 379 (9th
24    Cir.1992)." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule
      2(a), 28 U.S.C. foll. § 2254).  Failure to name the petitioner's custodian as a respondent deprives
25    federal courts of  personal jurisdiction. Id.; Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989).
      In the instant action, petitioner has named as respondent both Warden Haviland and the Board of
26    Parole Hearings.  Only Warden Haviland is the correctly named respondent.

                                            1

1        Petitioner challenges the 2007 decision by the California Board of Parole

2 Hearings (BPH) finding him unsuitable for parole.  On May 16, 2008, the Ninth Circuit granted

3 rehearing en banc in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008).

4        Accordingly, IT IS HEREBY ORDERED:

5        1.  Petitioner's application to proceed in forma pauperis is granted; and

6        2.  Within twenty days of the date of this order, petitioner shall show cause why

7 this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward</u>

8 <u>v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th

9 Cir. filed May 16, 2008).

10 DATED: February 17, 2009

/s/ Gregory G. Hollows

11 _____

12 UNITED STATES MAGISTRATE JUDGE

13 GGH:009
hayw0281.ord

14

15

16

17

18

19

20

21

22

23

24

25

26